

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2020

No. 04-19-00892-CV

**IN THE INTEREST OF L.M.R.,** A Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02001
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On March 4, 2020, appellee, L.R., filed an appellee's brief and motion requesting a two day extension of time to file the brief. After consideration, we **GRANT** the motion and deem the brief timely filed.

It is so ORDRED on this 6th day of March, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court